UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-31140
Summary Calendar
Civil Docket # 98-CV-1837-LLM
_____

MICHAEL JOHNSON,

                                        Petitioner-Appellant,

                    versus

BURL CAIN, WARDEN, Louisiana State Penitentiary,

                                        Respondent-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____
February 1, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

EDITH H. JONES, Circuit Judge:[*]

         Michael Johnson, Louisiana prisoner # 98671, appeals from
the denial of his petition for habeas corpus relief filed pursuant
to 28 U.S.C. § 2254, Johnson argues that the instruction on
reasonable doubt which the jury received at his trial was
unconstitutional under Cage v. Louisiana, 498 U.S. 39 (1990) and
Humphrey v. Cain, 138 F.3d 552, 553 (5th Cir. 1998) (en banc).

_____

         [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Given that the court's instruction on moral certainty was corrected by other language in the instruction, the instruction on the whole was not constitutionally defective.  See Williams v. Cain, 229 F.3d 468, 473-75 (5th Cir. 2000), construing an identical instruction.

The judgment of the district court is **AFFIRMED.**